IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KANYA BELL,

      Petitioner,               No. CIV S-06-2185 LKK KJM P

    vs.

A. MALFI, et al.,

      Respondent.           <u>ORDER</u>

_____/

      Petitioner has submitted an application for writ of habeas corpus and an application to proceed in forma pauperis. However, neither document is signed by petitioner in violation of Rule 11 of the Federal Rules of Civil Procedure.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's October 3, 2007 petition for writ of habeas corpus is dismissed.

      2. Petitioner's October 3, 2007 application to proceed in forma pauperis is denied.

      3. Within thirty days of this order, petitioner shall file an application for writ of habeas corpus and an application for leave to proceed in forma pauperis which are signed. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

1

4. The Clerk of the Court is directed to send petitioner an application to proceed in forma pauperis and the court's form for prisoners seeking relief under 28 U.S.C. § 2254.

DATED:  March 30, 2007.

_____
U.S. MAGISTRATE JUDGE

1
bell2185.ns