1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8    KANYA BELL,
9            Petitioner,                    No. S:06:cv-2185 MDS
10
11       vs.                                <u>ORDER</u>
12
13   J.WALKER, Warden,[1]
14           Respondent
15   _____/
16
17       Kanya Bell has timely filed a notice of appeal from his court's February 5, 2009, order

18   denying his petition for habeas corpus.  A certificate of appealability is required for the appeal to

19   proceed.  28 U.S.C. 2253(c); Fed. R. App. P. 22(b).  This court may issue a certificate of

20   appealability "only if the applicant has made a substantial showing of the denial of a constitutional

21   right." 28 U.S.C. 2253(c)(2).  To meet this standard, an issue must be "debatable among jurists of

22   reason," capable of being resolved differently or "adequate to deserve encouragement to proceed

23   further." *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002).  For the reasons stated in

24   the February 5, 2009, order, none of the issues raised by Bell qualifies for a certificate of

25   _____

26       [1]James Walker is substituted for his predecessor, A. Malfi, as the warden where the

27   prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

28                                        1

PDF created with pdfFactory trial version www.pdffactory.com

1  appealability.  A certificate of appealability is therefore denied.

2  DATED: March 13, 2009

3                                            /s/ Milan D. Smith, Jr.
                                             UNITED STATES CIRCUIT JUDGE
4                                            Sitting by Designation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2

PDF created with pdfFactory trial version www.pdffactory.com